THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL BLACK, Appellant.

Submitted January 25, 2010; decided February 11, 2010

738

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.